**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                              **CRIMINAL ACTION NO. 3:10cr3-TSL-LRA**

**JASON ANTOINE BROWN**                                              **DEFENDANT**

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

THIS CAUSE is before the undersigned on the Order of Referral by District Judge Tom S. Lee to make proposed findings of fact and recommendations for the disposition of these motions:

> [24] Motion for copies filed by defendant;
>
> [25] Motion to appoint counsel filed by defendant;
>
> [28] Motion for transcripts filed by defendant; and
>
> [31] Motion of Curt Crowley to withdraw as counsel for defendant.

Defendant, Jason Antoine Brown, represented by Harvey Curtis Crowley, entered a plea of guilty to the charges of Bank Fraud and Aggravated Identity Theft pursuant to a written Plea Agreement on June 3, 2010. Judge Lee sentenced the defendant on October 7, 2010, and shortly thereafter, Plaintiff filed a notice of appeal and the motions listed above.

Having carefully considered each of the motions before the Court, the undersigned recommends as follows:

> [ECF No. 24]  Defendant's Motion For Copies should be dismissed as moot. Counsel for defendant will secure the necessary copies.
>
> [ECF No. 25]  Defendant's Motion to Appoint Counsel should be granted. The Federal Public Defender will assume representation of the defendant.
>
> [ECF No. 28] Defendant's Motion for Transcripts should be dismissed as moot. Counsel for defendant will secure the necessary transcript.
>
> [ECF No.31] Motion of Curt Crowley to withdraw as counsel for defendant should be granted.

This the 2nd day of December 2010.

                                              /s/ Linda R. Anderson
                                UNITED STATES MAGISTRATE JUDGE