IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                           CRIMINAL NO. 3:10cr3 TSL-LRA

JASON ANTOINE BROWN                                          DEFENDANT

## ORDER

This cause came on this date to be heard upon the report and recommendation of the United States magistrate judge, and the court, having fully reviewed the report and recommendation entered in this cause on December 2, 2010, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Linda R. Anderson entered on December 2, 2010, be, and the same is hereby, adopted as the finding of this court. Defendant's [25] motion to appoint counsel is granted, and the Federal Public Defender will assume representation of defendant. Defendant's [24] motion for copies and [28] motion for transcripts are dismissed as moot. Defense counsel will secure the necessary copies and transcript. [31] Motion of Curt Crowley to withdraw as counsel for defendant is granted.

IT IS SO ORDERED, this the 3rd day of December, 2010.

UNITED STATES DISTRICT JUDGE